entered May 15, 1922, which affirmed a judgment of the Jefferson County Court rendered upon a verdict convicting the defendant of the crime of a violation of subdivision P of section 30 of the Liquor Tax Law in having in his possession spirituous liquors.

*Nathaniel F. Breen* for appellant.

*E. R. Wilcox* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HOGAN, J.

---

In the Matter of the Application of AMANDA APPELL, Individually and as Executrix and Trustee under the Will of JACOB APPELL, Deceased, et al., to Revoke Letters Testamentary Issued to ALBERT J. APPELL, as Executor of JACOB APPELL, Deceased.

AMANDA A. EVANS, Individually and as Executrix and Trustee, et al., Appellants; ALBERT J. APPELL, Individually and as Executor and Trustee, et al., Respondents.

*Appeal — order of Appellate Division resettling prior order — appeal therefrom dismissed.*

*Matter of Appell*, 199 App. Div. 574,, appeal dismissed.

(Submitted November 20, 1922; decided November 28, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 11, 1922, which resettled a prior order of said Appellate Division affirming a decree of the New York County Surrogate's Court in the above-entitled proceeding.

*Gustav Lange, Jr.*, for appellants.

*Frank C. Laughlin* and *Albert J. Appell* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.